| | |
|---|---|
| Law Offices of<br>**KAREN L. GRANT**<br>State Bar No. 122084<br>924 Anacapa Street, Ste 1M<br>Santa Barbara, CA 93101<br>(805) 962-4413<br><br>Attorneys for Secured Creditor Platinum Loan Servicing Inc. | FILED & ENTERED<br><br>APR 27 2016<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY zick         DEPUTY CLERK |

**IN THE UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>Todd Marmorstein,<br><br>           Debtor. | ) CASE NO. 9:16-bk-10554-PC<br>) (Chapter 13)<br>)<br>) Adv. No.  12-01011RR<br>)<br>)<br>) **ORDER GRANTING RELIEF FROM STAY**<br>) **TO ALLOW SECURED CREDITOR TO**<br>) **FORECLOSE AND OBTAIN POSSESSION**<br>) **OF  REAL PROPERTY**<br>)<br>)<br>) No hearing required<br>)<br>)<br>) |

   The Court having considered the Declaration of Karen L. Larson filed April 27, 2016 regarding the Debtor's default under the court's Order entered April 20, 2016 granting the Debtor's motion for an order imposing a stay or continuing the automatic stay and good cause appearing, this Court makes its Order as follows:

   1.    Secured Creditor Platinum Loan Servicing is granted immediate relief from the automatic stay to enforce its remedies to foreclose upon and obtain possession of the real property located at

391 Quail Run Road in Buellton, California, 93427 in accordance with applicable nonbankruptcy law.

###

Date: April 27, 2016

Peter H. Carroll
United States Bankruptcy Judge